RTF:PKC
F.# 2007R00661

CR 07 374

JOHNSON, J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JONATHAN KELLY, also known as
   "NY" and "Milk,"

            Defendant.

- - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§
1591(a)(1), 1591(a)(2),
1591(b)(2) and 3551
et seq.) FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 03 2007 ★

BROOKLYN OFFICE

THE GRAND JURY CHARGES:

In or about and between January 1, 2007 and March 23, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JONATHAN KELLY, also known as "NY" and "Milk," did knowingly and intentionally recruit, entice, harbor, transport, provide and obtain by any means a person, to wit, Jane Doe, whose identity is known to the Grand Jury, in and affecting interstate commerce, and did benefit financially and by receiving a thing of value from participation in a venture that engaged in such acts, knowing that the person had not attained the age of 18 years and

would be caused to engage in a commercial sex act.

(Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), 1591(b)(2) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:_____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

FORM DBD.34
JUN.85

No. 2007R00661

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

THE UNITED STATES OF AMERICA

vs.

JONATHAN KELLY, a/k/a "NY" and "Milk,"

Defendant(s).

## INDICTMENT

T. 18, U.S.C. §§ 1591(a)(1), 1591(a)(2), 1591(b)(2) and 3551 et seq.)

A true bill.

_____ Foreman

Filed in open court this _____ day.

Of _____ A.D. 19___

_____ Clerk

Bail, $ _____

PAMELA CHEN, AUSA (718) 254-7575

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CR 07 374 JOHNSON**

1. Title of Case: __United States v. Kelly__
2. Related Magistrate Docket Number(s) __M-07-405__

    None ( )

3. Arrest Date: __4/3/07__

4. Nature of offense(s):  X  Felony
   ☐  Misdemeanor

   FILED
   IN CLERK'S OFFICE
   U.S DISTRICT COURT E.D.N.Y
   ★ MAY 03 2007 ★
   BROOKLYN OFFICE

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:  Less than 6 weeks  (X)
                                More than 6 weeks  ( )

7. County in which crime was allegedly committed: __Queens County__ (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  ( ) Yes  (X) No

9. Have arrest warrants been ordered?  ( ) Yes  (X) No

10. Is a capital count included in the indictment?  ( ) Yes  (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
Pamela Chen
Assistant U.S. Attorney
(718) 254-7575

Rev. 10/01/03

07cr374
SJ
CLP